# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

March 26, 2021

**VIA ECF**
Honorable J. Paul Oetken
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

    **Re:**    Dornates v. Lenwich Management LLC et al; 20-cv-04535-JPO

Your Honor:

    This office represents Plaintiffs in the above-captioned case. We write jointly with Defendants to inform the Court that the parties have reached a settlement in principle. The parties are currently finalizing the settlement agreement and attendant documents for submission to the Court.

    Respectfully Submitted,

    /s/ Clela Errington
    Michael Faillace & Associates, P.C.
    *Attorneys for Plaintiff*

cc:    All counsel via ECF